UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson, U.S.C.D.J. |
| v. | : | Crim. No. 22-369 (FLW) |
| KARL ENDRESON | : | <u>ORDER FOR CONTINUANCE</u> |
| Defendant. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing), and defendant Karl Endreson (Lisa Van Hoeck, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that the defendant has the right to a trial within 70 days, pursuant to Title 18, United States Code, Section 3161(c)(1); and no prior continuance having been granted; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Defense counsel requires adequate time to review the discovery generated by the investigation in this case;

- 2 -

(2) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

(3) The parties may enter into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) The defendant's initial appearance having occurred on June 13, 2022, before this Court;

(5) The defendant has consented to this continuance; and

(6) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __15th__ day of June, 2022,

ORDERED that this action be, and hereby is, continued for a period of 90 days from June 15, 2022 to September 13, 2022; and it is further

ORDERED that the period from June 15, 2022 to September 13, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. Freda L. Wolfson
U.S. Chief District Judge

Form and entry consented to:

s/ *Eric Suggs*
Eric Suggs
Assistant U.S. Attorney

s/ *Lisa Van Hoeck*
Lisa Van Hoeck, Esq.
Counsel for defendant Karl Endreson