UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Criminal No. 22-369 (ZNQ)
v. :
: ORDER MODIFYING CONDITIONS
: OF RELEASE
KARL ENDRESON :

This matter having been brought before the Court on Defendant's application for an order modifying the conditions of release imposed on January 17, 2023, specifically changing home detention with location monitoring to a curfew with location monitoring; and the Government and Pretrial Services having no objection; and for good cause shown;

IT IS ORDERED this __23rd__ day of May 2023 that the Defendant's conditions of released are modified as follows:

1. Defendant will be subject to a curfew with location monitoring. He is restricted to his residence between 10:00 p.m. and 4:00 a.m.

2. Pretrial Services may modify the curfew hours at their discretion to meet employment, treatment, DFYS, and NA/AA requirements.

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge